CLARENCE A. JOHNSON, Respondent, *v.* SYRACUSE DRY
GOODS COMPANY et al., Appellants, Impleaded with
Another.

*Johnson* v. *Syracuse Dry Goods Co.*, 175 App. Div. 967, affirmed.
(Argued January 23, 1919; decided February 7, 1919.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered November 25, 1916, affirming a judgment in
favor of plaintiff entered upon a verdict in an action for
conversion, the alleged result of a conspiracy by which
plaintiff and certain others were induced through false
representations and fraudulent concealment of the
maker's insolvency, to indorse, without consideration,
certain promissory notes.

*Irving D. Vann* and *David Paine* for appellants.

*Virgil K. Kellogg* and *Andrew L. Chapman* for
respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, CUDDEBACK, HOGAN, MCLAUGHLIN
and ANDREWS, JJ. Dissenting: COLLIN and CRANE, JJ.